McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-232 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RAZ RAZLA, | DATE: November 22, 2019
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 22, 2019.

2. By this stipulation, defendant now moves to continue the status conference until December 6, 2019, and to exclude time between November 22, 2019, and December 6, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government produced approximately 50,000 pages of discovery to prior defense counsel for the defendant.

   b) Current counsel for the defendant was substituted in on July 26, 2019.

   c) Counsel for defendant requires additional time to meet with her client and review

the discovery with her client.

        d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)     The government does not object to the continuance.

        f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 22, 2019 to December 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 19, 2019                        McGREGOR W. SCOTT
                                                       United States Attorney

                                                       /s/ MIRIAM R. HINMAN
                                                       MIRIAM R. HINMAN
                                                       Assistant United States Attorney

Dated: November 19, 2019                        /s/ TIFFANY FEDER
                                                       TIFFANY FEDER
                                                       Counsel for Defendant
                                                       Raz Razla

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 20, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge