MCGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00232 GEB |
| Plaintiff, | ORDER ALLOWING PARTIAL UNSEALING OF GRAND JURY PROCEEDING |
| v. | |
| RAZ RAZLA, | |
| Defendant. | |

**ORDER**

For the reasons stated in the government's motion, and for good cause appearing, the Court HEREBY ORDERS THAT:

1. The government's motion for partial unsealing of a grand jury proceeding is granted.
2. The entire plea agreement signed by the defendant, Raz Razla, including the factual basis with references to grand jury testimony, may be filed on the public docket.

IT IS SO ORDERED.

Dated: December 6, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER

1