McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAZ RAZLA,<br><br>Defendant. | CASE NO. 2:17-CR-232 JAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND SET PSR SCHEDULE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on February 28, 2020, before Judge Garland E. Burrell.

2. By subsequent order, this case was reassigned to this Court.

3. By this stipulation, defendant now moves to continue the Judgment and Sentencing Date to April 21, 2020, and set the following PSR Schedule:

        a) March 10, 2020: Proposed PSR Due

        b) March 24, 2020: Informal Objections Due

        c) March 31, 2020: Final PSR Due

        d) April 7, 2020: Motion to Correct PSR Due

   e)  April 14, 2020: Reply Due

4. The parties agree and stipulate the following:

  a)  The defendant requests the continuance in order to have time to provide information to Probation that he believes is relevant to sentencing.

  b)  The government and Probation do not object to the continuance.

IT IS SO STIPULATED.

Dated: January 30, 2020          McGREGOR W. SCOTT
                    United States Attorney

                    /s/ MIRIAM R. HINMAN
                    MIRIAM R. HINMAN
                    Assistant United States Attorney

Dated: January 30, 2020          /s/ TIFFANY FEDER
                    TIFFANY FEDER
                    Counsel for Defendant
                    Raz Razla

## ORDER

IT IS SO ORDERED this 31st day of January, 2020.

                    /s/ John A. Mendez
                    HONORABLE JOHN A. MENDEZ
                    United States District Court Judge