UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-CR-000232-JAM-8 |
| Plaintiff, ) | Order Extending Sentencing Memo Deadline as to Raz Razla |
| vs. ) | |
| GOHAR, et al., ) | |
| Defendants ) | |

IT IS ORDERED THAT:

The defendant's sentencing memorandum deadline is continued until October 1, 2020.

DATED: October 2, 2020            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING SETENCING MEMORANDUM DATE FOR DEFENDANT